CAMERON Y. BROCK, ESQ.   [SBN 183112]
CRAIG D. RACKOHN, ESQ. [SBN 116107]
LAW OFFICES OF BURG & BROCK
4554 Sherman Oaks Avenue
Sherman Oaks, California 91403
Tel: (818) 676-9800
Fax: (818) 788-2559

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFIK SHANAZARI, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES POSTAL SERVICE; MARIA GUZMAN, an Individual; and DOES 1 through 20, Inclusive, <br><br> Defendants. | Case No.: <br> [Assigned for all Purposes to Hon. M___, District Judge] <br><br> **COMPLAINT FOR NEGLIGENCE; REQUEST FOR JURY TRIAL** |

Plaintiff, Rafik Shanazari , alleges as follows:

1.     In the instant action, jurisdiction is based on the provisions of *28 U.S. Code § 1346 (a)(2),(b)(1)*, which provides that an action against the United States for damages from injury is to the Federal Court.

2.     Plaintiff, Rafik Shanazari, is an individual and a citizen of the State of California.

3.  Defendant, United States Postal Service, is an agency of the Executive Branch of the Federal government.

4.  Defendant, Maria Guzman, is an individual, which Plaintiff is informed and believes, and on that basis alleges, is an employee, and/or authorized individual of the United States Postal Service, and at said time and place, was operating the Vehicle involved in the accident complained of herein.

5.  The amount in controversy in the within action exceeds the jurisdictional limit for a Federal court claim, based on medical expenses incurred and pain and suffering damages incurred by the Plaintiff.

## FEDERAL TORT CLAIM PRESENTMENT AND DENIAL

6.  As more fully set forth hereinbelow, Plaintiff suffered injuries and damages during an accident with a vehicle owned, operated, maintained and controlled by an authorized representative of the United States Postal Service during an accident on April 6, 2017.

7.  On or about October 23, 2018, Form 95 Claim for Damage, Injury or Death was submitted to the Sierra Coastal District office of the Tort Claims Investigations office for the United States Postal Service .

8.  On or about October 31, 2018, the Sierra Coastal office of the Tort Claims Investigations office, for the United States Postal Service, stated that it would "advise" Plaintiff of "outcome" of the claim. ("the Acknowledgment letter").

No further response has been forthcoming.    A true and correct copy of the Denial

Letter is attached hereto as Exhibit "1".

9.      Plaintiff has timely brought the claim within the six month period

provided in 28 U.S.C. § 2401(b) and prior to the lapse of the State of California

Statute of Limitations which occurs two (2) years after the claim arises.

## FIRST CAUSE OF ACTION

## (NEGLIGENCE)

10.      Plaintiff realleges Paragraphs 1 through 9 as if set forth in full hereat.

11.      On or about April 6, 2017, Plaintiff was operating his 2004 Audi A4

vehicle at or near the intersection of Magnolia Boulevard and Hazeltine[1] in the City

and County of Los Angeles, State of California, when a 2000 Ford Utiliimaster

Postal vehicle bearing U.S. Government plates (hereinafter referred to as the

"USPS Vehicle"), negligently and carelessly operated by Defendant, Maria

Guzman, made an unsafe turn into the path of Plaintiff's vehicle, proceeding

straight, in violation of *Cal. Veh. Code §21801(a)*, and actually and proximately

caused the vehicles to collide and so significant was the impact that the U.S.P.S.

vehicle over-turned.  A true and correct copy of the Traffic Collision Report

prepared by a California Highway Patrol investigating officer is attached hereto as

Exhibit "2".

[1] On the corner of which is a U.S.Postal Service facility.

12.     The impact caused Plaintiff to suffer personal injuries, pain and suffering, and other damages.

## **PRAYER**

As a result of the actions of Defendants and each of them, Plaintiff has suffered the following:

(a)     Damage for treatment for personal injuries in an amount of not less than $75,000;

(b)     Damage for pain and suffering;

(c)     Damage for loss of earnings;

(d)     Damage for loss of earnings' capacity and future loss of earnings;

(e)     Such other and further relief as this Court deems just and proper.


DATED: March 26, 2019        LAW OFFICE OF BURG & BROCK


                        By:   /s/ Craig Rackohn
                              CRAIG RACKOHN, ESQ.
                              Attorneys for Plaintiff